■ In the Matter of JAMES P., a Person Alleged to be a Juvenile Delinquent, Appellant. [972 NYS2d 246]—Order of disposition, Family Court, New York County (Mary E. Bednar, J.), entered on or about January 10, 2012, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he had committed an act that, if committed by an adult, would constitute the crime of attempted assault in the third degree, and imposed a conditional discharge for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion in adjudicating appellant a juvenile delinquent and imposing a conditional discharge. The court adopted the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). Positive factors in appellant's background were outweighed by the violent nature of the underlying incident, by appellant's lack of remorse or acceptance of

responsibility for his conduct, and by appellant's acknowledged history of anger management issues for which he had received counseling (*see e.g. Matter of Shariah T.*, 107 AD3d 605 [1st Dept 2013]; *Matter of Mia R.*, 102 AD3d 627 [1st Dept 2013]; *compare Matter of Tyttus D.*, 107 AD3d 404 [1st Dept 2013]). Concur—Andrias, J.P., Sweeny, Acosta, Saxe and Clark, JJ.